

Civil Action No. **3:23-CV-00875-B-BN**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Affordable Auto Shield, Inc. dba AAS**
was recieved by me on **5/02/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **C/O Corporate Creations network, Inc.**, who is designated by law to accept service of process on behalf of **Affordable Auto Shield, Inc. dba AAS** at **3411 Silverside Road suite 104, Wilmington, DE 19810** on **05/03/2023** at **4:55 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 135.00 for services, for a total of $ 135.00.

I declare under penalty of perjury that this information is true.

Date: 05/03/2023

_____
Server's signature

**Christina Song**
Printed name and title

937 grant rd
folcroft, PA 19032

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to C/O Corporate Creations network, Inc. with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 5'8"-5'10" tall and weighing 180-200 lbs.



Tracking #: 0105850184

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Maricel Forteza
*Plaintiff*

v.   Civil Action No. 3:23-cv-00875-B

Affordable Auto Shield Inc, et al
*Defendant*

## Summons in a Civil Action

**TO:** Affordable Auto Shield Inc

*doing business as* AAS

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Maricel Forteza (pro se)
3000 Custer RD
Suite 270-206
Plano , TX 75075

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 04/26/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

**RECEIVED MAY 23 2023 AGC CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS** 

Civil Action No.    3:23-CV-00875-B-BN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **SunPath, LTD** was recieved by me on **5/01/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **C/O Registered Agent Solutions, Inc.**, who is designated by law to accept service of process on behalf of **SunPath, LTD** at **5301 Southwest Parkway suite 400, Austin, TX 78735** on **05/03/2023** at **4:45 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 135.00 for services, for a total of $ 135.00.

I declare under penalty of perjury that this information is true.

Date:  05/03/2023

_____
Server's signature

**Kelly Land**
Printed name and title

3575 Far West Blvd - UPS - Signture is required
Unit #27011
Austin, TX 78755

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to C/O Registered Agent Solutions, Inc. with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'-5'4" tall and weighing 180-200 lbs. Served Jessica Wittry



Tracking #: 0105854593

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Maricel Forteza  )
*Plaintiff*  )
v.  ) Civil Action No. 3:23-cv-00875-B
 )
Affordable Auto Shield Inc, et al  )
*Defendant*  )

## Summons in a Civil Action

**TO:** SunPath Ltd

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Maricel Forteza (pro se)
3000 Custer RD
Suite 270-206
Plano , TX 75075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 04/26/2023

*Signature of Clerk or Deputy Clerk*